## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:09-cr-5-001 (WLS) |
| | : | |
| DONALD WILSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant's Motion to Reduce Sentence (Doc. 42) and Motion to Transfer Supervisory Release (Doc. 43).  Defendant requests a reduction to his sentence (Doc. 42) and also requests that the Court transfer supervisory release of Defendant to the Duval County United States Probation Office (Doc. 43).  As a preliminary matter, a transfer of supervisory release is part of the routine administrative functions of the Bureau of Prisons.  Once the prisoner is released, the issue of transferring supervised release is more appropriately raised with the Probation Office responsible for governing the prisoner's supervised release.  Should a legal or factual basis for such a transfer exist, the Court will address it at that point.

Upon the Court's review, Defendant was released on February 26, 2013.  Should Defendant wish to raise the issue of supervised release with the U.S. Probation Office, he is free to do so at this juncture.  Accordingly, Defendant's Motion to Transfer Supervisory Release (Doc. 43) is **DENIED AS MOOT**.  As Defendant is no longer

imprisoned, Defendant's Motion to Reduce Sentence (Doc. 42) is also **DENIED AS MOOT**.

S**O ORDERED**, this ___13th___ day of August, 2013

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

2